IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

DAVID DIXON, et al.,
        Plaintiffs,

v.

CITY OF ST. LOUIS, et al.,

        Defendants.

Case No. 4:19-cv-112

## MOTION FOR TEMPORARY RESTRAINING ORDER

For the reasons stated in the accompanying Memorandum of facts and law, named Plaintiffs David Dixon, Jeffrey Rozelle, Aaron Thurman, and Richard Robards hereby move for a temporary restraining order to immediately end their ongoing unlawful detention by the Defendants.

Respectfully submitted,

/s/ *Sima Atri*

**ARCHCITY DEFENDERS, INC.**
Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Jacqueline Kutnik-Bauder (MBE # 45014MO)
Sima Atri (MBE #70489MO)
John M. Waldron (MBE #70401MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489
314-925-1307 (fax)

1

bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
jkutnikbauder@archcitydefenders.org
satri@archcitydefenders.org
jwaldron@archcitydefenders.org

**ADVANCEMENT PROJECT**
/s/ *Thomas B. Harvey*
Thomas B. Harvey (MBE #61734MO)
1220 L Street, N.W., Suite 850 Washington, DC 20005
Tel: (202) 728-9557
Fax: (202) 728-9558
tharvey@advancementproject.org

**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION (ICAP)**
/s/ *Seth Wayne*
Seth Wayne
D.C. Bar No. 888273445
(*pro hac vice* application forthcoming)
Nicolas Riley*
N.Y. Bar No. 5039607
(*pro hac vice* application forthcoming)
Robert Friedman
D.C. Bar No. 1046738
(*pro hac vice* application forthcoming)
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
rdf34@georgetown.edu
nr537@georgetown.edu

* Admitted solely to practice law in New York; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

**CIVIL RIGHTS CORPS**
/s/ *Alec Karakatsanis*
Alec Karakatsanis
D.C. Bar No. 999294
(*pro hac vice* application forthcoming)
Civil Rights Corps

2

>910 17th Street NW, Suite 200
>Washington, DC 20006
>Tel: 202-599-0953
>Fax: 202-609-8030
>alec@civilrightscorps.org
>
>*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Eastern District of Missouri, using the electronic case filing system of the Court. This Motion for Temporary Restraining Order will be served in accordance with the Federal Rules of Civil Procedure.

>/s/ *Sima Atri*