IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

DAVID DIXON, et al.,
    Plaintiffs,

v.

CITY OF ST. LOUIS, et al.,

    Defendants.

Case No. 4:19-cv-112

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order, it is ORDERED that the motion is GRANTED. Defendant Commissioner Dale Glass is hereby restrained from detaining Plaintiffs because of their inability to satisfy monetary conditions of release unless Plaintiffs are immediately provided notice and a hearing for a determination of whether each Plaintiff has the ability to satisfy the monetary conditions of release; if not, whether the de facto detention order is necessary to advance a compelling government interest; and whether there exist any less-restrictive alternatives to detaining Plaintiffs. For any such hearing to permit Commissioner Glass to continue to detain Plaintiffs, there must be a substantive finding that detention is necessary and there are no available less-restrictive alternatives. Additionally, for any such hearing to permit Commissioner Glass to continue to detain Plaintiffs, the following procedures must be afforded: Plaintiffs shall have the right to be represented by court-appointed counsel, who must have an opportunity to present evidence and argument; findings regarding ability to

pay, the need for detention, and alternatives to detention must be made on the record; and any finding that detention is necessary must be supported by clear and convincing evidence.

 Ordered this _____ day of _____, 2019

_____
United States District Judge