**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID DIXON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:19-cv-112 RLW |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

I have determined that I should disqualify myself from this case to avoid any potential appearance of impropriety. *See* 28 U.S.C. § 455. I will therefore direct the Clerk of Court to reassign the case randomly to a different Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another judge.

Dated this 29th day of January, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**