Exhibit 29



The Bail Project
440 N. 4th Street
Suite 375
St. Louis, MO 63102

mikem@bailproject.org
314-518-0947



January 28, 2019

ArchCity Defenders
440 N. 4th St.
St. Louis, MO 63118

Dear ArchCity Defenders:

Since opening its doors in January, 2018, The Bail Project - St. Louis has paid over 1,300 bails with a median bail amount of $1,000. Our clients have made 94.4% of their scheduled court appearances *(This value includes some instances of unintentional failure to appear that were ultimately excused by the court)* In the City of St. Louis, 53.4% of resolved cases have ended in a dismissal of all charges. The average age of clients served by the project is 32, over a third (35.6%) have children under age 18, and almost 3/4 (74.3%) are Black, reflecting well-documented racial disparities in St. Louis's pretrial jail population.

Michael Milton
Bail Project – St. Louis