UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, *et al.*, | ) |
| | ) |
| Plaintiffs, | )   Case No. 4:19-CV0112AGF |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JUDGES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR MEMORANDUM OF LAW PURSUANT TO THE COURT'S ORDER

The Defendant Judges respectfully ask the Court for a ten-day extension of time, until April 12, 2019, to file their memorandum of law addressing the propriety and scope of the depositions of judges pursuant to the Court's order. (Doc. 64). In support of this motion, the Defendant Judges state:

1. The Court entered its order on March 22, 2019, requiring the parties to file by April 2, 2019, memoranda of law addressing the propriety and possible scope of such depositions and the feasibility of protective or alternative measures for obtaining the information sought. (Doc. 64).

2. Due to the press of other business, the Defendant Judges need additional time to prepare their memorandum.

3. Counsel for the Defendant Judges contacted counsel for Plaintiffs on April 1, 2019, and Plaintiffs have consented to this extension request.[1]

---

[1] Plaintiffs have already obtained an identical extension (Doc. 71) with the Defendant Judges' consent. Due to imperfect-but collegial-communication

1

Respectfully submitted,

ERIC S. SCHMITT,
Attorney General


/s/ Robert J. Isaacson
D. John Sauer, #58721
  Solicitor General
Robert Isaacson, #38361
  Assistant Attorney General
Peter. T. Reed, #70756
  Deputy Solicitor General
Post Office Box 861
St. Louis, MO  63188
Tel: (314) 340-7861
Fax: (314) 340-7029
*Attorneys for Defendants Ransom, Burlison, Hogan, Roither, and McCarthy*


## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record:

/s/ Robert J. Isaacson

Assistant Attorney General

---

between the Defendant Judges' and Plaintiffs' counsel, the parties did not file a joint motion.

Case: 4:19-cv-00112-AGF   Doc. #:  73   Filed: 04/01/19   Page: 3 of 3 PageID #: 619