UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN            DIVISION

David Dixon, et al.                          )
                                             )
Plaintiff,                                   )
                                             )
V.                                           )        Case No.  4:19-CV-00112-AGF
                                             )
City of St. Louis, et al.                    )
                                             )
Defendant.                                   )

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I,  Mary B. McCord            , move to be admitted pro hac vice to the bar of this court for the purpose of representing  Plaintiffs            in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)     Full name of the movant-attorney;
         Mary B. McCord
(b)     Name of the firm or letterhead under which the movant practices.  Include the address, telephone number and fax number of the firm;

         Name:  Institute for Constitutional Advocacy and Protection
         Address: 600 New Jersey Ave NW
         City, State Zip:  Washington, DC 20001
         Phone No.: 202 662 9042
         Fax No.: 202 662 9248

(c)     Email for movant-attorney;
         mbm7@georgetown.edu
(d)     Name of the law school(s) movant attended and the date(s) of graduation therefrom;
         Georgetown University Law Center, 1990
(e)     Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| See attachment | | |
| | | |
| | | |
| | | |

(f)     The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)    Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

Ms. McCord is admitted to practice in the following state and federal bars:

| Name of State or Federal Court | Bar Number | Date Admitted |
|---|---|---|
| District of Columbia Court of Appeals | 427563 | 3/4/1991 |
| Supreme Court of Missouri | 41025 | 9/21/1990 |
| U.S. District Court for the District of Columbia | N/A | 12/4/2017 |
| United States Court of Appeals for the D.C. Circuit | N/A | 1/5/1996 |
| United States Court of Appeals for the Fifth Circuit | N/A | 8/7/2017 |
| United States Court of Appeals for the Eleventh Circuit | N/A | 11/14/2017 |
| United States Court of Appeals for the Second Circuit | N/A | 10/4/18 |
| United States Supreme Court | 249478 | 1/26/2004 |