```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


DAVID DIXON, et al.,           )
                               )
     Plaintiffs,               ) Case No. 4:19-CV-00112-AGF
                               )
v.                             )
                               )
CITY OF ST. LOUIS, et al.,     )
                               )
     Defendants.               )
```

MOTION FOR CLARIFICATION

Defendants City of St. Louis and Dale Glass respectfully move the Court to clarify its preliminary injunction entered on June 11, 2019. On its face, the Order enjoins these defendants from enforcing any monetary condition of release for any arrestee or pretrial prisoner unless the committing court provides an order conforming to this Court's standards. Taken literally, the order applies to federal pretrial prisoners in defendants' custody and to arrestees who are in custody pursuant to probation violation warrants, which can be issued either by a probation officer or a court.

These defendants did not understand plaintiffs to be seeking relief on behalf of federal prisoners or probation violators, but the terms of the Court's order raise concern

that defendants could be in violation of the order if they do not apply it to federal and probation detainees.

Accordingly, these defendants seek clarification as to whether this Court's order excludes federal prisoners and probation detainees. Cf. F.R.Civ.P. 23(c)(1)(C) governing amendment of class certification orders.

Respectfully submitted,
JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Megan Bruyns 69987MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
