```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

| | |
|---|---|
| DAVID DIXON, et al., | ) |
| | ) |
| Plaintiffs-Appellees, | ) Case No. 4:19-cv-0112-AGF |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS & DALE GLASS, Corrections Commissioner, | ) |
| | ) |
| Defendants-Appellants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that defendant City of St. Louis, Missouri, and Corrections Commissioner Dale Glass appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 11th day of June, 2019 [doc. 95].

Respectfully submitted,

JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Megan Bruyns 69987MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956