IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DIXON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case 4:19-cv-00112-AGF |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE IN RESPONSE TO COURT ORDER**

The City Defendants filed a Motion for Clarification (ECF No. 96) to clarify that the Court's preliminary injunction order (ECF No. 95) does not apply to individuals in City custody pursuant to federal court orders or probation violation warrants. So ordering, the Court also requested that Plaintiffs show cause as to why the definition of the certified class should not be amended to reflect that it too does not include federal pretrial detainees or people on probation violation warrants (ECF No. 97). Plaintiffs hereby notify the Court that Plaintiffs do not oppose the modification of the class certification order.

Dated: June 13, 2019           Respectfully submitted,

/s/ *Seth Wayne*

**Institute for Constitutional Advocacy and Protection**
Mary B. McCord (MBE #41025MO, Federal Bar No. 427563DC) (admitted *pro hac vice*)
Seth Wayne (D.C. Bar No. 888273445, Federal Bar No. 888273445) (admitted *pro hac vice*)
Robert Friedman (D.C. Bar No.1046738, Federal Bar No. 5240296NY) (admitted *pro hac vice*)
Institute For Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW

Washington, D.C. 20001
Tel: 202-662-9042
mbm7@georgetown.edu
sw1098@georgetown.edu
rdf34@georgetown.edu

**ArchCity Defenders, Inc.**
/s/ *Blake A. Strode*
Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Jacqueline Kutnik-Bauder (MBE # 45014MO)
Sima Atri (MBE #70489MO)
John M. Waldron (MBE #70401MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489
314-925-1307 (fax)
bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
jkutnikbauder@archcitydefenders.org
satri@archcitydefenders.org
jwaldron@archcitydefenders.org

**Advancement Project**
/s/ *Thomas B. Harvey*
Thomas B. Harvey (MBE #61734MO)
1220 L Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 728-9557
Fax: (202) 728-9558
tharvey@advancementproject.org

**Civil Rights Corps**
/s/ *Alec Karakatsanis*
Alec Karakatsanis
D.C. Bar No. 999294
(Pro Hac Vice Application forthcoming)
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953
Fax: 202-609-8030
alec@civilrightscorps.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Eastern District of Missouri, using the electronic case filing system of the Court.

By:  /s/ Seth Wayne