# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 4:19-CV-00112-AGF |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Presiding Judge Rex Burlison, Judge Elizabeth Hogan, Judge David Roither, and Judge Thomas McCarthy, each in their official capacities, appeal to the United States Court of Appeals for the Eighth Circuit from the district court's order entering a preliminary injunction in this action on June 11, 2019.  (Doc. 95).

Respectfully submitted,

ERIC S. SCHMITT,
Attorney General


 /s/ D. John Sauer
D. John Sauer, #58721
  Solicitor General
Robert Isaacson, #38361
  Assistant Attorney General
Peter T. Reed, #70756
  Deputy Solicitor General
Post Office Box 861
St. Louis, MO, 63188
Tel: (314) 340-7960
Fax: (314) 340-7029
*Attorneys for Defendant Judges Ransom,
Burlison, Hogan, Roither, and McCarthy*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                      */s/ D. John Sauer*
                                      Solicitor General