US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**  **USCA#:**

Dixon et al v. City of St. Louis et al

**Case Number:**

4:19-CV-00112-AGF

**Plaintiff:**  **Defendant:**

DAVID DIXON, et al.   CITY OF ST. LOUIS, et al.

**Attorney:**  **Attorney:**

See Docket Sheet   See Docket Sheet

**Court Reporter(s):**   Please return files and documents to:

None   Clerk for Eastern District of Missouri

Person to contact about the appeal:

Mavis Gaines at (314) 244-7923

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | | None | No |
| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**