# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2251

David Dixon, et al.

Appellees

v.

City of St. Louis

Appellant

Vernon Betts, Sheriff, et al.

Dale Glass, Commissioner, in his official capacity as St. Louis Commissioner of Corrections

Appellant

No: 19-2254

David Dixon, et al.

Appellees

v.

City of St. Louis, et al.

Rex Burlison, in his official capacity as interim Presiding Judge, et al.

Appellants

Dale Glass, Commissioner, in his official capacity as St. Louis Commissioner of Corrections

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00112-AGF)
(4:19-cv-00112-AGF)
_____

**ORDER**

On June 20, 2019 the court entered a temporary stay of the district court's June 11, 2019 preliminary injunction, pending review of the plaintiffs' response to the defendants' motions for stay pending appeal. The court has now considered plaintiffs' response, and well as defendants'

replies, and it is hereby ordered that defendants' motions for a stay pending appeal are granted.

July 03, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans