# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, et al. | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:19-cv-0112-AGF |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on remand of the case from the Eighth Circuit. In its opinion dated February 28, 2020, the Circuit directed this Court to reconsider, as part of its *Dataphase* analysis, whether a preliminary injunction serves the public interest of comity between the state and federal courts, "as well as the necessity of an injunction in light of the course of conduct since [the Circuit's] stay pending appeal." *Dixon, et al. v. City of St. Louis, et al.*, No. 19-2251 (8th Cir., Feb. 28, 2020).

Accordingly,

**IT IS HEREBY ORDERED** that the stay in this case is **VACATED**. ECF No. 133. The Clerk of the Court shall re-open the case.

**IT IS FURTHER ORDERED** that, within the next two weeks, the parties shall meet and confer with respect to the course of further proceedings.

**IT IS FURTHER ORDERED** that the parties shall file, either jointly or separately, by **March 17, 2020**, (1) a case management proposal and schedule with respect to further proceedings and (2) a factual statement advising the Court of the effective status of Missouri

Supreme Court Rule 33.01, implementation of the Rule in the City of St. Louis, and any other related developments since the date of this Court's stay of proceedings.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2020.