# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:19-cv-0112-AGF |
| CITY OF ST. LOUIS, et al., | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Court's most recent order (ECF No. 141) is stayed pending issuance of the Eighth Circuit's mandate.

**IT IS FURTHER ORDERED** that the deadline of March 17, 2020, set forth in Court's previous order, is vacated. Instead, the parties shall file their proposals and statements within fourteen (14) days following the Circuit's mandate.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2020.