# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:19-CV-0112 AGF |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in Plaintiffs' Memorandum in Support of Plaintiffs' Renewed Motion for Preliminary Injunction, Plaintiffs respectfully move this Court to issue a class-wide preliminary injunction against Defendant Commissioner Dale Glass that restrains him from enforcing unconstitutional orders of detention.

Pursuant to Local Rule 78-4.02(B), Plaintiffs request that the Court hold a hearing on Plaintiffs' motion where oral argument and, if necessary, evidence may be presented. In light of the constitutional interests asserted, Plaintiffs believe that oral argument is warranted and will aid the Court's disposition of Plaintiffs' motion.

Dated:  April 13, 2020

Respectfully Submitted,

INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION

*/s/ Robert Friedman*
Seth Wayne (D.C. Bar No. 888273445,
Federal Bar No. 888273445) (admitted pro hac vice)
Robert Friedman (D.C. Bar No.1046738,
Federal Bar No. 5240296NY) (admitted pro hac vice)
Mary B. McCord (MBE #41025MO,
Federal Bar No. 427563DC) (admitted pro hac vice)

Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
rdf34@georgetown.edu
mbm7@georgetown.edu

ARCHCITY DEFENDERS, INC.

*/s/ Jacqueline Kutnik-Bauder*
Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Jacqueline Kutnik-Bauder (MBE # 45014MO)
John M. Waldron (MBE #70401MO)
Maureen Hanlon (MBE #70990MO)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489
314-925-1307 (fax)
bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
jkutnikbauder@archcitydefenders.org
mhanlon@archcitydefenders.org
jwaldron@archcitydefenders.org

ADVANCEMENT PROJECT

*/s/ Thomas B. Harvey*
Thomas B. Harvey (MBE #61734MO)
(admitted pro hac vice)
Miriam R. Nemeth (D.C. Bar No. 1028529)
(pro hac vice application forthcoming)
1220 L Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 728-9557
Fax: (202) 728-9558
tharvey@advancementproject.org
mnemeth@advancementproject.org

CIVIL RIGHTS CORPS

*/s/ Alec Karakatsanis*
Alec Karakatsanis (D.C. Bar No. 999294)
(admitted pro hac vice)
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953

Fax: 202-609-8030
alec@civilrightscorps.org

*Attorneys for Plaintiffs*

Case: 4:19-cv-00112-AGF   Doc. #:  160   Filed: 04/13/20   Page: 3 of 3 PageID #: 1908