UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, et al., | ) |
| Plaintiffs, | ) Case No. 4:19-CV-00112-AGF |
| v. | ) |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS SHERIFF BETTS AND CITY OF ST. LOUIS**

Defendant Sheriff Vernon Betts and the City of St. Louis (as a county under Missouri law) move the Court to enter summary judgment in their favor on plaintiffs' due process claim based on alleged interference with plaintiffs' right to be heard at initial appearances before state judges. Defendants submit that there are no genuine issues of material fact, and that defendants are entitled to judgment as a matter of law on that claim. F.R.Civ.P. 56(a).

Defendants Sheriff and City file a statement of uncontroverted material facts (SUMF) and a memorandum in support concurrently herewith.

Respectfully submitted,

MICHAEL A. GARVIN
CITY COUNSELOR
/s/ Robert H. Dierker
Robert H. Dierker 23671(MO)
Deputy City Counselor
dierkerr@stlouis-mo.gov
Catherine A. Dierker 70025(MO)
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956

ATTORNEYS FOR DEFENDANTS CITY,
GLASS AND BETTS

2