IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID DIXON, et al., | ) |
| Plaintiffs, | ) ) ) |
| V. | ) Case 4:19-cv-00112-AGF |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) ) |

## **MOTION FOR SUMMARY JUDGMENT**

Plaintiffs David Dixon, Jeffrey Rozelle, Aaron Thurman, and Richard Robards, on behalf of themselves and all others similarly situated, respectfully move for summary judgment on their claims for declaratory relief against Defendants Judge Robin Ransom, Judge Rex Burlison, Judge Elizabeth Hogan, and Judge David Roither, in their official capacities; and on their claims for injunctive and declaratory relief against Defendant the City of St. Louis, and Defendants Sheriff Vernon Betts and Commissioner Dale Glass in their official capacities.  In support of this motion, Plaintiffs refer this Court to their accompanying memorandum of law, statement of uncontroverted material facts, and exhibits.


Dated:  March 10, 2021                                                      Respectfully submitted,

INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION

*/s/ Seth Wayne*
Seth Wayne (D.C. Bar No. 888273445,
Federal Bar No. 888273445)
Robert D. Friedman (D.C. Bar No. 1046738,
Federal Bar No. 5240296NY) (admitted pro hac vice)
Mary B. McCord (MBE #41025MO,
Federal Bar No. 427563DC) (admitted pro hac vice)

1

Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
rdf34@georgetown.edu
mbm7@georgetown.edu

ARCHCITY DEFENDERS, INC.

*/s/Maureen Hanlon*
Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Jacki Langum (MBE #58881MO)
John M. Waldron (MBE #70401MO)
Maureen Hanlon (MBE #70990MO)
Emanuel Powell (MA Bar No. #706171MA)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489
314-925-1307 (fax)
bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
jlangum@archcitydefenders.org
jwaldron@archcitydefenders.org
mhanlon@archcitydefenders.org
epowell@archcitydefenders.org

ADVANCEMENT PROJECT

*/s/ Thomas B. Harvey*
Thomas B. Harvey (MBE #61734MO)
Miriam R. Nemeth (D.C. Bar No. 1028529)
(admitted pro hac vice)
1220 L Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 728-9557
Fax: (202) 728-9558
tharvey@advancementproject.org
mnemeth@advancementproject.org

CIVIL RIGHTS CORPS

*/s/ Alec Karakatsanis*
Alec Karakatsanis (D.C. Bar No. 999294)
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953

2

Fax: 202-609-8030
alec@civilrightscorps.org
*Attorneys for Plaintiffs*