IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID DIXON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | |
| CITY OF ST. LOUIS, et al. ) | Cause No. 4:19-cv-112 |
| ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

COME NOW Plaintiffs, joined by all Defendants in this suit, and state as follows:

1. On March 11, 2021, the parties filed cross-motions for summary judgment. The motions were fully briefed as of April 30, 2021.

2. The trial date in this matter is set on a three-week docket beginning August 9, 2021.

3. The parties believe, given the substantial amount of briefing that has occurred and the parties' workload in other cases, that an extension of the trial date would be beneficial.

4. Parties submit that after conferring with each other, all parties are available from October 18th through November 5th. If those dates are not amenable to the Court, the parties will gladly confer on any suggested dates.

5. Parties request that this Court grant their Joint Motion to extend the Case Management Order and re-set the trial date.

6. This request is not meant for any improper purpose and is in the interest of justice.

Dated:  June 14, 2021                         Respectfully submitted,

**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**

*/s/ Seth Wayne*
Seth Wayne (D.C. Bar No. 888273445,
Federal Bar No. 888273445)
Robert D. Friedman (D.C. Bar No. 1046738,
Federal Bar No. 5240296NY) (admitted pro hac vice)
Mary B. McCord (MBE #41025MO,
Federal Bar No. 427563DC) (admitted pro hac vice)
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
rdf34@georgetown.edu
mbm7@georgetown.edu

**ARCHCITY DEFENDERS, INC.**

*/s/Maureen Hanlon*
Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Jacki Langum (MBE #58881MO)
John M. Waldron (MBE #70401MO)
Maureen Hanlon (MBE #70990MO)
Emanuel Powell (MA Bar No. #706171MA)
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489
314-925-1307 (fax)
bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
jlangum@archcitydefenders.org
jwaldron@archcitydefenders.org
mhanlon@archcitydefenders.org
epowell@archcitydefenders.org

**ADVANCEMENT PROJECT**

*/s/ Thomas B. Harvey*
Thomas B. Harvey (MBE #61734MO)
Miriam R. Nemeth (D.C. Bar No. 1028529)
(admitted pro hac vice)
1220 L Street, N.W., Suite 850

Washington, DC 20005
Tel: (202) 728-9557
Fax: (202) 728-9558
tharvey@advancementproject.org
mnemeth@advancementproject.org

**CIVIL RIGHTS CORPS**

*/s/ Alec Karakatsanis*
Alec Karakatsanis (D.C. Bar No. 999294)
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953
Fax: 202-609-8030
alec@civilrightscorps.org

*Attorneys for Plaintiffs*

*And*

**MATT MOAK**
**ACTING CITY COUNSELOR**

*/s/Robert H. Dierker 23671(MO)*
Associate City Counselor
Catherine A. Dierker 70025(MO)
Assistant City Counselor
314 City Hall
1200 Market St.
St. Louis, MO 63103
314-622-3361
dierkerr@stlouis-mo.gov
dierkerc@stlouis-mo.gov


**ERIC S. SCHMITT**
MISSOURI ATTORNEY GENERAL

*/s/ Robert J. Isaacson*
D. John Sauer, #58721
*Solicitor General*
Jesus A. Osete, #69267
*Deputy Solicitor General*
Robert J. Isaacson, #38361

*Assistant Attorney General*
Office of the Attorney General
Old Post Office Building
P.O. Box 861
St. Louis, MO 63188
Tel. (573) 751-1800
Fax (573) 751-0774
John.Sauer@ago.mo.gov
J esus.Osete@ago.mo.gov
Robert.Isaacson@ago.mo.gov

*Attorneys for Defendants*