# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, et al. ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 4:19-cv-0112-AGF |
| CITY OF ST. LOUIS, et al., ) | |
| Defendants. ) | |

## ORDER

The parties have filed cross-motions for summary judgment, and it appears that a trial may be unnecessary. As such, the Court will vacate the trial setting at this time and will reset the matter at a later date if appropriate. The Court will advise the parties if it requests oral argument on their motions.

Accordingly,

**IT IS HEREBY ORDERED** that the trial setting in this matter is **VACATED** pending further order of the Court.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th day of October 2021.