# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID DIXON, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:19-cv-0112-AGF |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED without prejudice.**

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October 2021.